UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUSAI MAHASIN,<br><br>              Petitioner,<br><br>v.<br><br>WARDEN,<br><br>              Respondent. | CASE NO. 1:25-cv-00363-EPG-HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 6) |

On June 6, 2025, Respondent requested an extension of time to file a response to Petitioner's § 2241 petition because necessary documents requested from the Federal Bureau of Prisons have not yet been received. (ECF No. 6.)

Accordingly, IT IS HEREBY ORDERED that Respondent's request until July 17, 2025, to file a response is GRANTED.

IT IS SO ORDERED.

Dated:  **June 9, 2025**                                  /s/ _Erica P. Grosjean_
                                                                    UNITED STATES MAGISTRATE JUDGE