**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUSAI MAHASIN,<br><br>                Petitioner,<br><br>        v.<br><br>WARDEN, USP ATWATER,<br><br>                Respondent. | No. 1:25-cv-00363 JLT EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PETITION FOR WRIT OF HABEAS CORPUS, TERMINATING RESPONDENT'S MOTION TO DISMISS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 8, 10) |

Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 3, 2025, the magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus be denied and Respondent's motion to dismiss be terminated.[1] (Doc. 10.) The Court served the findings and recommendations on Petitioner and notified him that any objections were due within 30 days. (*Id*. at 9.) The Court advised him that the "failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id*. at 10, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

---

[1] The magistrate judge noted that "[a]lthough the responsive pleading is titled as a 'motion to dismiss and response,' Respondent only addresses the merits of the petition and does not provide grounds for dismissal, as opposed to denial, of the petition." (Doc. 10 at 2 n.2.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on October 3, 2025 (Doc. 10) are **ADOPTED IN FULL**.
2. The petition for writ of habeas corpus is **DENIED**.
3. Respondent's motion to dismiss (Doc. 8) is **TERMINATED**.
4. The Clerk of Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated:   **December 11, 2025**

_____
UNITED STATES DISTRICT JUDGE